UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT, | No. 2:22-cv-02157-DB |
| Plaintiff, | |
| v. | ORDER |
| MONROE DETENTION CENTER, et al., | |
| Defendants. | |

Plaintiff is a county inmate proceeding pro se with a civil rights action. On April 29, 2024, plaintiff filed a motion for summary judgment (ECF No. 41) and a motion to expedite his motion for summary judgment. (ECF No. 42.) Plaintiff is advised that a motion for summary judgment is more appropriately brought after defendants have filed their answer. Plaintiff's motions will therefore be denied without prejudice to its renewal after defendants have answered.

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 29, 2024 motions (ECF Nos. 41, 42) are denied without prejudice.

Dated: July 11, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16
DB/Prisoner/Civil/R/benn2157.dmsj

1