UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>  Plaintiff,<br><br>  v.<br><br>MONROE DETENTION CENTER, et al.,<br><br>  Defendants. | No.  2:22-cv-2157 DB P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to file a first amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time (ECF No. 51) is granted; and

   2. Plaintiff is granted thirty days from the date of this order in which to file a first amended complaint.

Dated:  July 18, 2024

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16
DB/Prisoner/Civil/R/benn2157.36amc(2)

1