|  |  |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAVID BENNETT, | No. 2:22-cv-2157 DJC SCR P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MONROE DETENTION CTR., et al., | |
| Defendants. | |

Plaintiff, a detainee at the Yolo County Superior Court proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 11, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 66) are adopted in full; and

2. Plaintiff's motions for preliminary injunctive relief (ECF Nos. 44, 49, 50, 51, 52, 62, 63) are denied without prejudice; and

3. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **December 27, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE